FILED: April 28, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4203
(5:14-cr-00072-RLV-DSC-3)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PEDRO MALDONADO-SANCHEZ

    Defendant - Appellant

_____

O R D E R
_____

    The court grants the motion to deconsolidate and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk